UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R.J. DOUGHERTY ASSOCIATES, INC.,
a Florida corporation,

        Plaintiff,                              CASE NO.:8:13-cv-00416-EAK-TGW

vs.

PLANTATION BOAT MART & MARINA, INC.,

        Defendant.

_____/

## CONSENT ORDER

This cause came before the Court on the Stipulation of the parties and the parties having settled their dispute and agreed that the Court should enter the following findings and order set forth herein, and the Court being otherwise fully advised in the premises makes the following findings:

1. Plaintiff is the owner of the Mark "EVERGLADES" that has been registered with the United States Patent and Trademark Office as Registration No. 2889642; applied for on December 31, 2001, and registered on September 28, 2004 (the "Registration"). The Registration is valid and subsisting, has not been canceled, revoked, or abandoned, and has become incontestable pursuant to the provisions of 15 U.S.C. § 1065.

2. Pursuant to the terms of a Dealer Agreement dated on or about February 3, 2011, as amended, between Plaintiff, as manufacturer, and Defendant, as dealer, Plaintiff granted Defendant a revocable, non-exclusive, non-transferable, royalty free license to utilize the registered trademark "Everglades" and associated logos and trade names owned by Plaintiff (collectively referred to as "Plaintiff's Mark") for purposes of marketing and selling boats

SLK_TAM:#1577235v1

manufactured by Plaintiff provided, however, that Defendant's right to use Plaintiff's Mark ceased upon the termination of the Dealer Agreement.

3. Plaintiff terminated the Dealer Agreement and demanded that Defendant discontinue the use of its Mark. Notwithstanding the termination of the Dealer Agreement and the Defendant's license to use the Plaintiff's Mark, Defendant continues to use the Plaintiff's Mark without the Plaintiff's authorization or consent at its retail locations and on its website.

4. This Court has jurisdiction of this case pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338. This Court has supplemental jurisdiction of Plaintiff's claim of common law infringement.

Based on the foregoing agreed findings of fact, it is hereby

ORDERED that Defendant, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, are permanently enjoined from displaying the mark "EVERGLADES," any variations of that mark, or any other mark confusingly or deceptively similar to the mark "EVERGLADES" in connection with Defendant's advertising, promoting, offering for sale, and sale of fishing boats and related goods and services including, without limitation, its website except as expressly allowed by this Consent Order; it is further

ORDERED that Defendant, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, are permanently enjoined from representing, by words or conduct, that Defendant is an "authorized" dealer of Everglade boats and/or that any product offered for sale, sold, advertised, or distributed by Defendant is authorized, sponsored, endorsed, or otherwise connected with Plaintiff; it is further

ORDERED that Defendant, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, are permanently enjoined from using the name "EVERGLADES" in any meta elements or similar metadata embedded within Defendant's website that have the effect of optimizing search engine results and internet traffic to Defendant's website; it is further

ORDERED that notwithstanding anything in this Consent Order to the contrary, Defendant may use the name "EVERGLADES," without stylization, for the limited purpose of selling any fishing boat manufactured by Plaintiff and owned by Defendant provided, however, such use does not include any exterior signage and is strictly limited to identifying the Plaintiff as the manufacturer of the boat in advertising materials and on its website in substantially the same form and manner as depicted on Attachment "1"; it is further

ORDERED that all remaining claims or counterclaims seeking any kind of relief are denied, with each party bearing their own costs and attorney fees, and this action shall be dismissed, with the Court retaining jurisdiction to enforce its terms and conditions.

Date: FEB. 28th, 2013

UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

SLK_TAM:#1577235v1